AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Wondell Timmons, Jr., ) | |
| ) | No.  4:24-cv-00297-JDA |
| Plaintiff(s), ) | |
| ) | |
| vs ) | |
| ) | |
| Lasheena Crawford; Bradley Keith Hunt; Lt. Mike Hartson; ) | |
| PVT Tyshawn T. Davis, ) | |
| Defendant(s). ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that  *(check one)*:

❒ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%,  along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed with prejudice and without issuance and service of process.

This action was  *(check one)*:
❒ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❒ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Jacquelyn D. Austin, United States District Judge, who adopts the Report and Recommendation of United States Magistrate Judge Kaymani D West, and denies Plaintiff's Motion for Court fees.

                   Robin L. Blume
                   CLERK OF COURT

               By: s/Leah Gibbons, Deputy Clerk

December 17, 2024